**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| SCOTTY LEE THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LOWE'S HOME CENTERS, INC., )<br>)<br>Defendant. ) | No. 3:07-cv-372<br>(Phillips) |

## ORDER

The parties have jointly moved to continue the trial of this case which is presently scheduled for **December 14, 2010**. [Doc. 51]. In support of their motion, the parties state that they need additional time to discuss settlement. [Id.]. For good cause stated, the Joint Motion to Continue the Trial [Doc. 51] is **GRANTED, whereby the following changes are made to the schedule:**

  1. The trial of this case is continued and shall commence on **September 27, 2011, at 9:00 a.m.**

  2. A final pretrial conference shall be held in this case on **September 19, 2011, at 1:30 p.m.**

  3. All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

In addition, plaintiff's Motion for Default Judgment [Doc. 43] **SHALL BE HELD IN ABEYANCE until December 1, 2010**. In a previous Order [Doc. 47], the Court ordered that plaintiff's Motion for Default Judgment [Doc. 43] would be held in abeyance pending mediation of this matter. Mediation was held on June 18, 2010, but the parties did not

1

reach agreement. However, the parties believe that the case may be resolved through settlement. Accordingly, the Motion for Default Judgment [Doc. 43] **SHALL BE HELD IN ABEYANCE until December 1, 2010.**

In addition, the Motion to Seal the Memorandum in Support of the Motion for Default Judgment [Doc. 45] is **GRANTED**, whereby the Memorandum in Support of the Motion for Default Judgment [Doc. 44] **SHALL BE PLACED UNDER SEAL**.

Finally, the Motion for Leave to File Under Seal A Supplemental Brief in Support of the Motion for Default Judgment [Doc. 49] is **GRANTED**, whereby plaintiff's Supplemental Brief in Support of the Motion for Default Judgment [Doc. 50] **SHALL BE PLACED UNDER SEAL**.

**IT IS SO ORDERED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge